| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2019 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barrett, Amy C. | 7th Circuit | 10/09/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ☐ Nomination Date<br>☐ Initial ✓ Annual ☐ Final<br>5b. ✓ Amended Report | 01/01/2019 to 12/31/2019 |

**7. Chambers or Office Address**

U.S. Court of Appeals for the Seventh Circuit
Robert K. Rodibaugh U.S. Courthouse
401 S. Michigan St., Suite 222
South Bend, IN 46601-2304

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | University of Notre Dame Law School |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✓ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 10/09/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2019 | University of Notre Dame Law School, teaching income | $27,825.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | SouthBank Legal: Ladue \| Curran \| Kuehn, salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Vanderbilt University | February 1-2, 2019 | Nashville, TN | Moot Court Competition | Transportation, lodging, meals, airport parking |
| 2. | Notre Dame Club of Washington | February 19-20, 2019 | Washington, DC | Notre Dame alumni lecture - educational | Transportation, lodging, meals, airport parking |
| 3. | Federalist Society | April 4-5, 2019 | Charlottesville, VA | Federalist Society Lecture - educational | Transportation, lodging, meals, airport parking |
| 4. | Federalist Society | April 11-14, 2019 | New Orleans, LA | Federalist Society Lecture - educational | Transportation, meals |
| 5. | George Mason University | April 25-26, 2019 | Arlington, VA | Scalia Forum Panelist | Transportation, lodging, meals, airport parking |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Barrett, Amy C. | 10/09/2020 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Georgetown Law School | May 21-23, 2019 | Washington, DC | Originalism Boot Camp Lecture - educational | Transportation, lodging, meals, airport parking |
| 7. | Brigham Young University | September 4-7, 2019 | Salt Lake City, UT | Reuben Clark Law School - BYU Founders Day Lecture | Transportation, lodging, meals |
| 8. | William & Mary Law School | September 13-15, 2019 | Williamsburg, VA | Supreme Court Preview | Transportation, lodging, meals, airport parking |
| 9. | Case Western Law School | Sept 19-20, 2019 | Cleveland, OH | Sumner Canary Lecture - educational | Mileage, tolls, lodging, meals |
| 10. | Princeton University | October 17-18, 2019 | Princeton, NJ | Walter F. Murphy Lecture - educational | Transportation, lodging, meals, airport parking |
| 11. | Federalist Society | November 14-16, 2019 | Washington, DC | Federalist Society National Lawyers Convention Panelist | Transportation, lodging, meals, airport parking |
| 12. | Federalist Society | February 25, 2019 | Philadelphia, PA | Federalist Society Lecture - educational | Transportation, lodging, meals, airport parking |
| 13. | Villanova Law School | February 25, 2019 | Villanova, PA | Lecture | Transportation, lodging, meals, airport parking |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 10/09/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ▓▓▓▓▓▓▓ | Tuition Agreement | K |
| 2. | ▓▓▓▓▓ | Tuition Agreement | J |
| 3. | ▓▓▓▓▓ | College tuition | None |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 10/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Flagstar Cash Accounts | A | Int./Div. | K | T | | | | | |
| 2.   Rental of Residence, South Bend IN (Y) | | | | | | | | | |
| 3.   Brokerage Account #1 (H) | | | | | | | | | |
| 4.   -Fidelity Dividend Growth Fund | B | Dividend | K | T | | | | | |
| 5.   -Fidelity Trend Fund | D | Dividend | L | T | | | | | |
| 6.   -Fidelity Money Market Fund | A | Int./Div. | K | T | | | | | |
| 7.   Brokerage Account #2 (H) | | | | | | | | | |
| 8.   -American Funds AMCAP F2 | A | Dividend | J | T | | | | | |
| 9.   -American Funds American Mutual Fund F2 | A | Dividend | J | T | | | | | |
| 10.  -Blackrock Global Long/Short Credit Institutional | A | Dividend | J | T | | | | | |
| 11.  -Securian Brokerage Money Market Account | A | Dividend | J | T | | | | | |
| 12.  -Dodge & Cox Income | A | Dividend | J | T | | | | | |
| 13.  -Franklin Mutual Global Discovery Fund-Class Z | B | Dividend | K | T | Sold (part) | 01/08/19 | J | | |
| 14.  -Invesco Oppenheimer Senior Floating Rate Fund | A | Dividend | J | T | | | | | |
| 15.  -Invesco Oppenheimer Steelpath MLP Select 40 Fund Class I | A | Dividend | J | T | | | | | |
| 16.  -PIMCO Funds Income Fund Institutional | B | Dividend | K | T | | | | | |
| 17.  -Principal Global Diversified Income Fund Class (P) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 10/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  -Templeton Global Bond Fund-Advisor Class | B | Dividend | K | T | | | | | |
| 19.  -Vanguard Specialized Portfolio REIT Index ADM | A | Dividend | K | T | | | | | |
| 20.  -PIMCO Short-term | A | Dividend | J | T | | | | | |
| 21.  -AMG Yacktman Fund Service Class | B | Dividend | K | T | | | | | |
| 22.  -Loomis Strategic Income Fund-Y | A | Dividend | J | T | | | | | |
| 23.  -American Funds New Perspective Fund-F3 | A | Dividend | J | T | Donated (part) | | | | |
| 24.  -Invesco Oppenheimer Developing Markets Fund Y | A | Dividend | J | T | | | | | |
| 25.  -Invesco Oppenheimer International Small Company | A | Dividend | J | T | | | | | |
| 26.  -Primecap Odyssey Funds Growth Fund | A | Dividend | J | T | | | | | |
| 27.  -T. Rowe Price Blue Chip Growth | | None | | | Donated | | | | |
| 28.  -Lord Abbett Short Duration Income Fund Class F | A | Dividend | J | T | | | | | |
| 29.  -Blackrock Russell 2000 Small Cap Index - institutional | A | Dividend | K | T | Sold (part) | 04/04/19 | J | A | |
| 30.  IRA #1 (H) | | | | | | | | | |
| 31.  -American Funds New Perspective F2 | A | Dividend | J | T | | | | | |
| 32.  -AMG Yacktman Fund Service Class | B | Dividend | K | T | Sold (part) | 03/13/19 | J | | |
| 33.  -Securian Brokerage Money Market Account | A | Dividend | J | T | | | | | |
| 34.  -Dodge & Cox Income | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 10/09/2020 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  -Eventide Gilead Fund Class 1 | A | Dividend | J | T | Buy | 03/13/19 | J | | |
| 36.  -Homestead Small-Company Stock Fund | B | Dividend | J | T | Sold (part) | 03/13/19 | J | | |
| 37.  -Loomis Strategic Income Fund | A | Dividend | | | Sold | 03/13/19 | J | | |
| 38.  -Franklin Mutual Global Discovery Fund-Class Z | A | Dividend | J | T | | | | | |
| 39.  -Nuveen Equity Market Neutral fund | | None | | | Buy | 03/13/19 | J | | |
| 40. | | | | | Sold | 09/16/19 | J | | |
| 41.  -Invesco Oppenheimer Developing Markets Fund | A | Dividend | J | T | | | | | |
| 42.  -Invesco Oppenheimer International Small Mid Company Fund | A | Dividend | J | T | Buy | 09/17/19 | J | | |
| 43.  -PIMCO Funds Income FD P | A | Dividend | J | T | | | | | |
| 44.  -Primecap Odssey Funds Gowth Fund | A | Dividend | J | T | Buy | 09/16/19 | J | | |
| 45.  -Principal Global Diversified Income Fund Class P | A | Dividend | | | Sold | 09/16/19 | J | | |
| 46.  -T. Rowe Price Blue Chip Growth | A | Dividend | J | T | | | | | |
| 47.  -Templeton Global Bond Fund-Advisor Class | A | Dividend | J | T | | | | | |
| 48.  -Vanguard Specialized Portfolio REIT Index ADM | A | Dividend | J | T | Sold (part) | 03/13/19 | J | A | |
| 49.  IRA #2 (H) | | | | | | | | | |
| 50.  -American Funds Capital Income Builder Class C | A | Dividend | J | T | | | | | |
| 51.  -Securian Brokerage Money Market Account | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 10/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  IRA #3 (H) | | | | | | | | | |
| 53.  -AMG River Road Small Cap Value Fund Class 1 | A | Dividend | J | T | | | | | |
| 54.  -AQR Funds Managed Future Strategies 1 | A | Dividend | J | T | | | | | |
| 55.  -Blackrock Strategic Income Opportunities | A | Dividend | J | T | Buy | 07/18/19 | J | | |
| 56.  -Securian Brokerage Money Market Account | A | Dividend | J | T | | | | | |
| 57.  -Columbia Commodity Strategy Fund-R4 | A | Dividend | J | T | | | | | |
| 58.  -Diamond Hill Long-Short Fund Class I | A | Dividend | J | T | | | | | |
| 59.  -Dodge & Cox International Stock Fund | A | Dividend | J | T | | | | | |
| 60.  -Fidelity Adv International Growth | A | Dividend | J | T | Sold (part) | 07/18/19 | J | A | |
| 61.  -FPA New Income Inc. | A | Dividend | J | T | Buy (add'l) | 07/18/19 | J | | |
| 62.  -Hotchkis and Wiley Large-Cap Value Fund Class I | A | Dividend | J | T | Sold (part) | 07/18/19 | J | | |
| 63.  -Invesco Growth Ser. Inv. Conv. Sec. Fund Y | A | Dividend | J | T | | | | | |
| 64.  -Loomis Strategic Income Fund-Y | A | Dividend | | | Sold | 07/18/19 | J | | |
| 65.  -Invesco Oppenheimer Developing Markets Fund Y | A | Dividend | J | T | | | | | |
| 66.  -Primecap Odyssey Funds Growth Fund | A | Dividend | J | T | | | | | |
| 67.  -Prudential Global Real Estate Class Z | A | Dividend | J | T | | | | | |
| 68.  -T. Rowe Price Blue Chip Growth | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 10/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -JP Morgan Small Cap Growth Fund-L | A | Dividend | J | T | | | | | |
| 70. -Templeton Global Bond Fund-Advisor Class | A | Dividend | J | T | | | | | |
| 71. -Victory Munder International Small-Cap Fund Class Y | A | Dividend | J | T | | | | | |
| 72. 403(B) (H) | | | | | | | | | |
| 73. -Vanguard Institutional Tr. 2040 | E | Dividend | O | T | | | | | |
| 74. 401(K) (H) | | | | | | | | | |
| 75. -Fidelity Low Price Stock | D | Dividend | M | T | | | | | |
| 76. -Vanguard Extended Market Index Fund Institutional Shares | A | Dividend | K | T | | | | | |
| 77. -PIMCO Total Return Institutional Class | A | Dividend | J | T | | | | | |
| 78. Indiana 529 Plan #1 (H) | | | | | | | | | |
| 79. -U.S. Equity Index Portfolio | | None | M | T | Distributed (part) | 12/05/19 | J | | |
| 80. | | | | | Distributed (part) | 12/23/19 | J | | |
| 81. -International Portfolio | | None | J | T | Distributed (part) | 12/05/19 | J | | |
| 82. -Bond Portfolio | | None | K | T | Distributed (part) | 12/05/19 | J | | |
| 83. 529 Plan #2 (H) | | | | | | | | | |
| 84. -Louisiana Principal Protection Fund | A | Interest | J | T | Distributed (part) | 07/12/19 | J | | |
| 85. | | | | | Distributed (part) | 12/06/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 10/09/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. -Vanguard Institutional Total Stock Market Index, Inst. Plus | A | Dividend | J | T | Buy (add'l) | 01/17/19 | J | | |
| 87. | | | | | Distributed (part) | 07/12/19 | K | | |
| 88. | | | | | Distributed (part) | 12/06/19 | J | | |
| 89. Indiana 529 Plan #3 (H) | | | | | | | | | |
| 90. -U.S. Equity Index Portfolio | | None | K | T | | | | | |
| 91. -International Portfolio | | None | J | T | | | | | |
| 92. -Bond Index Portfolio | | None | J | T | | | | | |
| 93. ABLE Account (H) | | | | | | | | | |
| 94. -Aggressive Option | A | Int./Div. | J | T | | | | | |
| 95. Knights of Columbus Life Insurance Policy | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 10/09/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:   On October 1, 2020, I filed an amended 2019 disclosure report because I noticed while preparing my 2020 nomination report that I had transposed the letters in Line 4 Box 1 and Line 5 Box 1 in my 2019 annual report. They were reported as D and B respectively and should have been B and D instead. When my tax professional fixed that error for the amended filing, she inadvertently did so on a draft of my 2019 disclosure rather than on the final version. This second amended 2019 FDR corrects the typo on Lines 4 and 5 using the filed version of my 2019 FDR.

Line 2: Residence was not rented out in 2019

Lines 11, 33, 51, and 56: The Securian Brokerage Money Market Accounts are holding accounts for cash in the accounts.

Lines 14, 15, 24, 25, 41, 42, and 65: Invesco acquired Oppenheimer funds on May 24, 2019.

Lines 72, 78, 89 and 93: The 403(b) account, the 529 accounts, and the ABLE account provide the market value of the investment vehicles in the accounts.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Amy C. Barrett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544